UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:12-CR-069 JD |
| | ) | |
| BRIAN NEWMAN | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on October 23, 2012 [DE 32]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Brian Newman's plea of guilty, ACCEPTS the plea agreement, and FINDS the defendant guilty of Count 3 of the Indictment, in violation of 18 U.S.C. § 2251(a).

SO ORDERED.

ENTERED: November 16, 2012

                                                              /s/ JON E. DEGUILIO
                                                              Judge
                                                              United States District Court